Charlton Edward LaChase - Plaintiff - Pro Se

v.

Federal Detention Center - Miami FL
   Warden - Defendant

&

Regional Director - Atlanta, GA - Defendant

&

Federal Bureau of Prison - Washington DC - Defendant

United States District Court
for the Southern District of Florida

Motion to a New Case
for Civil Rights

Charlton Edward LaChase who is Deaf & mute. He is currently incaracted at Federal Detention Center in Miami FL Since March 20, 2018. He is Pre-trail and Wait for Court of criminal case. He has problem on English language grammar. His primacy language is an American Sign language. He filed Pro-Se represant. He was Shot in Special Housing Unit for new incident report: threatened bodily 203 Code prohibiting on 1/18/2019. He went to Disiciple Hearing officer (DHO) for meeting about 203 Code on 1/31/2019 They didn't provided an ASL interpreter while DHO. Officer who wrote a False statement that DHO did provided an ASL Sign language to communicate with Charlton. DHO imposed on Sanction: No Comissary No email for 1 years and 30 Days in SHU until Charlton released out of SHU on March 4 2019 in almost

2

45 Days in SHU. He filed a BP-10 regional Director about DHO provided False statement for ASL interpreter and wrongful conviction. He didn't threat to Warden and Clinic Director. Was his cellmate who stolen his password/pin to set up on Deaf inmate in SHU. The Regional Director responsed Denied and stated that FDC DHO did provided an ASL interpreter. He disputed DHO because they made False statement that is discrimination and Violation on ADA and Section 504 under Rehabilition Act of 1973.

Then, He filed an appeal BP-11 Form called BOP: Central office Administive Remedy Appeal. He wrote on extact word, "I received BP-10 response on 1/27/20. I am Not agreed this decision. I file an Appeal to next BP-11 about I didn't threat a message to Clinic Director and Warden. I am Deaf and mute. My roommate did stolen my password on Desk. DHO did not provided an ASL Interpreter = American Sign language while DHO hearing on 1/31/2019. Officer DHO made a False Statement to report on DHO statement about (During the hearing who is Trained in the ASL Translated for you) I didnot threat to warden and Clinic on Email - Copout - my Cellmate named Ronald Threet #20010-001 who stolen my Password/pin info before made a threat to them. FDC miami has No finger Scan to enter the Trulincs account as No Secure. FMC-Butner has most finger Scan on all most Computers. I still Not a threat to any staff. Ronald who made fun of me as Deaf and legally Blind. When Ronald left his Computer

3.

i.

According, your Appeal is denied" by Ian Connors, Administrator National Inmate Appeals on 3/30/20

Charlton was Not agreed this BP-11 decision and File a federal lawsuit Sue FDC, Regional Director, and BOP for Failing to provide an ASL Interpreter. He done exhausted all remedy under PLRA. all DHO report, BP-10, and BP-11 remedies Done. Now He could Sue three defendants and Seeking $20 Billion dollar in puntive damage and compestion damage plus violated ADA on 504 Section and wrongful Conviction of Code 203. due DHO officer made False statement to report and File on BOP System which is Serious miscoduct and unprofessical employess on BOP. I request a Court to grant this New Motion on ADA/Discrimination Case.

Then I Checked my email and found out, I sent to Warden at 11:55 AM on 1/18/19 "emergency stolen pin" I am innocent and I am seeking for wrongful conviction on prohibited act of threatening 203 Code - due FDC Miami, DHO Failed to provided an ASL Interpreter and I unaccepted the Fake interpreter without ASL while DHO video on 1/31/19. This is very serious who made False statement on DHO report. Violation Section 504 under ADA on Federal law. I request to expung my 203 Code Convicted and wrongful punishment as cruel and Discrimination for Not Provided an ASL Interpreter. Thank you!"

The BOP : Bp-11 responsed, NO: 979960-A1 "You appeal the January 31, 2019, hearing decision of the Disicipline hearing officer (DHO) regarding incident report #3214936 in which you were found to have Committed the ~~punish~~ Prohibited act of threating (Code 203). For relief, you request the incident report be expunged."

"Our review of your disiciplinary proceedings inicates Compliance with Program Statement 5270-09 Inmate Disiciple Program. The DHO's decision was based upon the evidence detailed in Section V of the DHO Report. We find the determination of the DHO is reasonable and supported by the evidence. Your Due process Right were upheld during the disiciple process. The Sanctions imposed were Commensurate to the Severity level of the offense Committed and in Compliance with Policy"

Charlton LaChase #17080104
FDC Miami
PO Box 19120
Miami FL 33101

Legal Mail

US Courthouse
400 North Miami Ave
Miami FL 33128

MIAMI FL 331
24 JUNE 2020 PM 6 L

33128-180199

legal mail